UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBIE W. WALLS and <br> LAURA M. WALLS, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Case No. 1:20-cv-00098-LCB-LPA |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## OF VIACOMCBS INC.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Robie W. Walls and Laura M. Walls hereby give notice that they stipulate to the dismissal of all claims against ViacomCBS Inc., f/k/a CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation in this matter, each party to bear its own costs.

Dated: March 19, 2020.

By: */s/ Kevin W. Paul*

| | |
|---|---|
| Kevin W. Paul (*admitted Pro Hac Vice*) <br> Dean Omar Branham LLP <br> 302 Market Street, Suite 300 <br> Dallas TX 75202 <br> kpaul@dobslegal.com <br> Attorneys for Plaintiff | William M. Graham (NC Bar 17972) <br> Wallace and Graham, P.A. <br> 5625 North Main Street <br> Salisbury, NC 28144 <br> Telephone: 704-633-5244 <br> bgraham@wallacegraham.com <br> Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

On March 19, 2020 the *Plaintiffs' Notice of Dismissal of ViacomCBS Inc.* was served on all counsel of record via the CM/ECF system.

> */s/ Kevin W. Paul*
> Kevin W. Paul (*admitted Pro Hac Vice*)
> Dean Omar Branham LLP
> 302 Market Street, Suite 300
> Dallas TX 75202
> kpaul@dobslegal.com
> Attorneys for Plaintiff