UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBIE W. WALLS and<br>LAURA M. WALLS,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00098-LCB-LPA |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### OF GENERAL ELECTRIC COMPANY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Robie W. Walls and Laura M. Walls hereby give notice that they stipulate to the dismissal of all claims against General Electric Company in this matter, each party to bear its own costs.

Dated: March 19, 2020.

By: */s/ Kevin W. Paul*

| | |
|---|---|
| Kevin W. Paul (*admitted Pro Hac Vice*) | William M. Graham (NC Bar 17972) |
| Dean Omar Branham LLP | Wallace and Graham, P.A. |
| 302 Market Street, Suite 300 | 5625 North Main Street |
| Dallas TX 75202 | Salisbury, NC 28144 |
| kpaul@dobslegal.com | Telephone: 704-633-5244 |
| Attorneys for Plaintiff | bgraham@wallacegraham.com |
| | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

On March 19, 2020, the *Plaintiffs' Notice of Dismissal of General Electric Company* was served on all counsel of record via the CM/ECF system.

*/s/ Kevin W. Paul*
Kevin W. Paul (*admitted Pro Hac Vice*)
Dean Omar Branham LLP
302 Market Street, Suite 300
Dallas TX 75202
kpaul@dobslegal.com
Attorneys for Plaintiff
