# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:20-cv-00098

| | |
|---|---|
| ROBIE W. WALLS and LAURA M. WALLS,<br><br>                Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOLLINGSWORTH & VOSE COMPANY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Robie W. Walls and Laura M. Walls, by and through their undersigned counsel, hereby voluntarily dismiss this action, without prejudice as to Defendant Hollingsworth & Vose Company.

Respectfully submitted on March 25, 2020.

/s/Kevin W. Paul
_____

| | |
|---|---|
| Kevin W. Paul (*admitted Pro Hac Vice*) | William M. Graham (N.C. Bar No. 17972) |
| Dean Omar Branham LLP | Wallace and Graham, P.A. |
| 302 N. Market St., Suite 300 | 5625 North Main Street |
| Dallas, TX 75202 | Salisbury, NC 28144 |
| Email: kpaul@dobslegal.com | Telephone: 704-633-5244 |
| | Email: bgraham@wallacegraham.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOLLINGSWORTH & VOSE COMPANY** was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and serve counsel of record for all parties.

/s/Kevin W. Paul<br>
Kevin W. Paul