UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **ROBIE W. WALLS** and **LAURA M. WALLS**, | § § § |
| Plaintiffs, | §  CIVIL ACTION NO. 1:20-cv-00098 |
| v. | § § |
| **FORD MOTOR COMPANY., et al.** | § § |
| Defendants. | § § |

## JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT PARKER HANNIFIN CORPORATION

COMES NOW, Plaintiffs Robie W. Walls and Laura M. Walls, and Defendant, Parker Hannifin Corporation, and jointly move this Court for an Order dismissing, without prejudice, all claims against Parker Hannifin Corporation pursuant to Federal Rule of Civil Produce 41(a)(2), with each party to bear its own costs of this action.

Respectfully submitted, this 4th day of June, 2020.

[Signatures on following page]

| | |
|---|---|
| **DEAN OMAR BRANHAM SHIRLEY, LLP** | **PROFFITT & COX, LLP** |
| *s/Kevin W. Paul* | s/Ronald B. Cox |
| Kevin W. Paul *(Admitted Pro Hac Vice)* | Ronald B. Cox, SC Bar No. 11129 |
| 302 North Market Street, Suite 300 | Email: rcox@proffittcox.com |
| Dallas, TX 75202 | 140 Wildewood Park Dr., Suite A |
| Ph. 214-722-5990 | Columbia, SC 29223 |
| kpaul@dobslegal.com | Tel: (803) 834-7097 |
| Other email: spepin@dobslegal.com | Fax: (888) 711-1057 |
| | |
| William M. Graham (NC Bar #17972) | **PROFFITT & COX, LLP** |
| **WALLACE & GRAHAM, P.A.** | s/David Proffitt |
| 525 North Main Street | David Proffitt, NC Bar No. 23877 |
| Salisbury, NC 28144 | Email: dproffitt@proffittcox.com |
| 704-633-5244 | 140 Wildewood Park Dr., Suite A |
| 704-633-9434 (fax) | Columbia, SC 29223 |
| E-Mail: bgraham@wallacegraham.com | Tel: (803) 834-7097 |
| | Fax: (888) 711-1057 |
| | *Local Civil Rule 83.1 Counsel* |
| Attorneys for Plaintiffs | Attorneys for Parker Hannifin Corporation |

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and notification of such filing will be sent electronically by the ECF system to the all counsel of record in this case.

This 4th day of June, 2020.

/s/ Ronald B. Cox