UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **ROBIE W. WALLS** and **LAURA M. WALLS**, | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 1:20-cv-00098 |
| v. | § § § | |
| **FORD MOTOR COMPANY., et al.** | § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT STANDARD MOTOR PRODUCTS, INC.

COMES NOW, Plaintiffs Robie W. Walls and Laura M. Walls, and Defendant, Standard Motor Products, Inc., and jointly move this Court for an Order dismissing, without prejudice, all claims against Standard Motor Products, Inc. pursuant to Federal Rule of Civil Produce 41(a)(2), with each party to bear its own costs of this action.

Respectfully submitted, this 4th day of June, 2020.

[Signatures on following page]

| | |
|---|---|
| **DEAN OMAR BRANHAM SHIRLEY, LLP**<br><br>*s/Kevin W. Paul*<br>Kevin W. Paul *(Admitted Pro Hac Vice)*<br>302 North Market Street, Suite 300<br>Dallas, TX 75202<br>Ph. 214-722-5990<br>kpaul@dobslegal.com<br>Other email: spepin@dobslegal.com<br><br>William M. Graham (NC Bar #17972)<br>**WALLACE & GRAHAM, P.A.**<br>525 North Main Street<br>Salisbury, NC 28144<br>704-633-5244<br>704-633-9434 (fax)<br>E-Mail:<br>bgraham@wallacegraham.com<br><br>Attorneys for Plaintiffs | **PROFFITT & COX, LLP**<br><br>s/Ronald B. Cox<br>Ronald B. Cox, SC Bar No. 11129<br>Email: rcox@proffittcox.com<br>140 Wildewood Park Dr., Suite A<br>Columbia, SC  29223<br>Tel: (803) 834-7097<br>Fax: (888) 711-1057<br><br>**PROFFITT & COX, LLP**<br><br>s/David Proffitt<br>David Proffitt, NC Bar No. 23877<br>Email: dproffitt@proffittcox.com<br>140 Wildewood Park Dr., Suite A<br>Columbia, SC  29223<br>Tel: (803) 834-7097<br>Fax: (888) 711-1057<br>*Local Civil Rule 83.1 Counsel*<br><br>Attorneys for Standard Motor Products, Inc. |

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and notification of such filing will be sent electronically by the ECF system to the all counsel of record in this case.

This 4th day of June, 2020.

/s/ Ronald B. Cox