IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBIE W. WALLS and )
LAURA M. WALLS )
           )
       Plaintiffs, )
           )
     v. )   1:20CV98
           )
FORD MOTOR COMPANY, et al., )
           )
      Defendants. )

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Claims Against Defendant Parker Hannifin Corporation. (ECF No. 79.) Plaintiffs Robie W. Walls and Laura M. Walls, and Defendant, Parker Hannifin Corporation, jointly move for the entry of an order of dismissal of the claims against Defendant Parker Hannifin Corporation.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Parker Hannifin Corporation are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 12th day of June 2020.

                                                        /s/ Loretta C. Biggs
                                                        United States District Judge