IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBIE W. WALLS and                    )
LAURA M. WALLS                        )
                                      )
                Plaintiffs,           )
                                      )
        v.                            )                    1:20CV98
                                      )
FORD MOTOR COMPANY, et al.,           )
                                      )
                Defendants.           )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Claims Against Defendant Standard Motor Products, Inc. (ECF No. 80.) Plaintiffs Robie W. Walls and Laura M. Walls, and Defendant, Standard Motor Products, Inc, jointly move for the entry of an order of dismissal of the claims against Defendant Standard Motor Products, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Standard Motor Products, Inc are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 12th day of June 2020.

/s/ Loretta C. Biggs
United States District Judge