UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBIE W. WALLS and LAURA M. WALLS, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, et al. <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 1:20-cv-98 |

## NOTICE OF DEATH

COME NOW the Plaintiffs and hereby file their Notice of Death in the above-captioned matter. Plaintiff Robie W. Walls passed away from mesothelioma on October 14, 2020.

Respectfully submitted,

**DEAN OMAR BRANHAM SHIRLEY, LLP**

*s/ Kevin W. Paul*
Kevin W. Paul (MD CPF# 1112150010)
302 North Market Street, Suite 300
Dallas, TX 75202
Ph. 214-722-5990
kpaul@dobslegal.com
Other Email: spepin@dobslegal.com

*/s/ William M. Graham*
William M. Graham (NC Bar No. 17972)
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144

T: 704-633-5244
bgraham@wallaceandgraham.com
ATTORNEYS FOR PLAINTIFF

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the above and foregoing Instrument was sent, via electronic mail to all counsel of record and to all Defendants' in the above-captioned case on October 19, 2020.

*s/ Kevin W. Paul*
Kevin W. Paul
*Attorney for Plaintiffs*