IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAURE M. WALLS, Individually and ) <br> As Executrix of the Estate of ROBIE ) <br> W. WALLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FORD MOTOR COMPANY, et al., ) <br> ) <br> Defendants. ) | 1:20CV98 |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice Defendant Genuine Parts Company. (ECF No. 123.) Plaintiff Laura M. Walls, and Defendant Genuine Parts Company, jointly move for the entry of an order of dismissal of the claims against Defendant Genuine Parts Company.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Genuine Parts Company, named as "Genuine Parts Company, d/b/a NAPA", be DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 24th day of November 2020.

/s/ Loretta C. Biggs
United States District Judge