IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAURE M. WALLS, Individually and as Executrix of the Estate of ROBIE W. WALLS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20CV98 |
| FORD MOTOR COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss and to Vacate and Moot Deadlines and Obligations. (ECF No. 204.) Plaintiff Laura M. Walls, and Defendant CRA Trailers, Inc., jointly move for the entry of an order of dismissal of the claims against Defendant CRA Trailers, Inc. and to vacate and moot deadlines and obligations set forth in Orders of the Court.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant CRA Trailers, Inc. be DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

IT IS FURTHER ORDERED that all deadlines and obligations imposed on Plaintiff and CRA Trailers, Inc. as set forth in the Court's Memorandum Opinion and Order dated April 30, 2021, (ECF No. 182), as modified in the Court's Text Order dated May 6, 2021, including the briefing schedule set forth therein, and as further modified in the Court's May 7, 2021 Order, (ECF No. 189), are MOOT.

This, the 17th day of June 2021.

/s/ Loretta C. Biggs
United States District Judge