IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:20-CV-00098-LCB-LPA

LAURA M. WALLS, Individually, and as Executor of the Estate of ROBIE W. WALLS,

                        Plaintiff,

v.

FORD MOTOR COMPANY, et al,

                        Defendants.

### DEFENDANT MORSE TEC LLC, F/K/A BORGWARNER MORSE TEC LLC, AND SUCCESSOR-BY-MERGER TO BORG-WARNER CORPORATION'S MOTION FOR SUMMARY JUDGMENT

      Defendant Morse TEC LLC, f/k/a BorgWarner Morse TEC LLC, as Successor-by-Merger to Borg-Warner Corporation (hereinafter "Morse TEC") hereby moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the basis that there is no genuine issue of material fact and Morse TEC is entitled to judgment as a matter of law on Plaintiff's claim for punitive damages against Morse TEC. The grounds and authorities in support of this Motion are set forth in Morse TEC 's contemporaneously-filed Memorandum in Support, all of which are incorporated herein by reference.

      WHEREFORE, Morse TEC respectfully requests that punitive damages against it be dismissed with prejudice.

      This the 1st day of August, 2021.

1

/s/Gerald A. Stein, II
**GERALD A. STEIN, II**
**N.C. State Bar No. 36408**
**Attorneys for Defendant Morse TEC LLC, f/k/a BorgWarner Morse TEC LLC, and Successor-by-Merger to Borg-Warner Corporation**
**HEDRICK GARDNER KINCHELOE & GAROFALO, L.L.P.**
**P.O. Box 30397**
**Charlotte, NC 28230**
**PH: (704) 319-5464**
**FAX: (704) 602-8156**
**EMAIL:** astein@hedrickgardner.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served upon all counsel of Record via ECF.

This the 1st day of August, 2021.

                                          **/s/Gerald A. Stein, II**
                                          **GERALD A. STEIN, II**
                                          **N.C. State Bar No. 36408**
                                          **Attorneys for Defendant Morse TEC LLC, f/k/a BorgWarner Morse TEC LLC, and Successor-by-Merger to Borg-Warner Corporation**
                                          **HEDRICK GARDNER KINCHELOE & GAROFALO, L.L.P.**
                                          **P.O. Box 30397**
                                          **Charlotte, NC  28230**
                                          **PH:     (704) 319-5464**
                                          **FAX:  (704) 602-8156**
                                          **EMAIL:** astein@hedrickgardner.com