IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAURA M. WALLS, Individually and )
as Executor of the Estate of )
ROBIE W. WALLS, )
                                          )
        Plaintiffs )
                                          )
        v. )        1:20CV98
                                          )
FORD MOTOR COMPANY, et al., )
                                          )
        Defendants. )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant PACCAR, Inc., (ECF No. 464.) Plaintiff Laura M. Walls, and Defendant PACCAR, Inc., jointly move for the entry of an order of dismissal of the claims against Defendant PACCAR, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant PACCAR, Inc. are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 21st day of September 2021.

                                                    /s/ Loretta C. Biggs
                                                    United States District Judge