IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAURA M. WALLS, Individually and as Executor of the Estate of ROBIE W. WALLS, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | 1:20CV98 |
| FORD MOTOR COMPANY, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss, (ECF No. 467.) Plaintiff Laura M. Walls, and Defendant Federal-Mogul Asbestos Personal Injury Trust as Successor to Felt Products Manufacturing Company, jointly move for the entry of an order of dismissal of the claims against Defendant Federal-Mogul Asbestos Personal Injury Trust as Successor to Felt Products Manufacturing Company.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Federal-Mogul Asbestos Personal Injury Trust as Successor to Felt Products Manufacturing Company be DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 29th day of September 2021.

/s/ Loretta C. Biggs
United States District Judge