IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAURA M. WALLS, *Individually* ) | |
| *and as Executor of the Estate* ) | |
| *of* ROBIE W. WALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-CV-98 |
| ) | |
| FORD MOTOR COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

LORETTA C. BIGGS, District Judge.

Before the Court is a Consent Motion to Enlarge Word Limit filed by Defendant Ford Motor Company. (ECF No. 235.) Ford requests leave to file a single, 15,000 word omnibus memorandum in support of three separate motions, (ECF Nos. 307; 308; 309), which seek to exclude certain expert testimony. On August 1, 2021, Ford filed its three motions and a supporting memorandum of 13,014 words. (ECF No. 310.) On August 19, 2021, Plaintiff filed her own Consent Motion and sought leave to file a memorandum of up to 15,000 words in response to Ford's three motions. (ECF No. 341.) Plaintiff submitted a response brief of 11,310 words on August 23, 2021. (ECF No. 397.) On August 24, 2021, the Court granted in part and denied in part Plaintiff's consent motion and limited her response memorandum to 10,000 words. (ECF No. 398.) Plaintiff filed a compliant response on August 25, 2021, and Ford filed its reply on September 7, 2021, (ECF Nos. 400; 432).

In the interest of equity, the Court will likewise grant in part and deny in part Ford's motion and limit Ford's omnibus memorandum to 10,000 words. The Court recognizes that the three motions have been fully briefed and such a limit at this stage may be disruptive; however, in the interest of equity, the Court finds it critical that Ford be subject to the same word limitation imposed on Plaintiff.

Ford shall file a supporting memorandum compliant with the following Order. Plaintiff will then be permitted to file a response brief, and Ford a reply. If Plaintiff elects to file a new response brief, its current response, (ECF No. 400), will be stricken. Likewise, if Plaintiff files a new response brief, Ford may elect to file a new reply, in which case its prior reply, (ECF No. 432), will be stricken.

For the reasons stated herein, the Court enters the following:

**ORDER**

**IT IS THEREFORE ORDERED** that Defendant Ford's Consent Motion to Enlarge Word Limit, (ECF No. 235), is GRANTED in part and DENIED in part. The word limit for Ford Motor Company's omnibus memorandum in support of its *Daubert* Motions, (ECF Nos. 307; 308; 309), is enlarged to total 10,000 words. Ford's memorandum at ECF No. 310 is stricken. Ford shall file a memorandum in compliance with this word limit within ten (10) days of this Order. Plaintiff may file a response brief of no more than 10,000 words within ten (10) days after service of Ford's memorandum, in compliance with this Court's previous Order, (ECF No. 398). If Plaintiff files a new response brief, Ford

may file a reply brief of no more than 3,125 words within five (5) days after service of Plaintiff's response.

This, the 10th day of December 2021.

/s/ Lorette C. Biggs
United States District Judge