IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Laura M. Walls, individually, and as Executor of the Estate of Robie W. Walls, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | Civil Action No.: 1:20-cv-00098 |
| v. | ) ) | |
| Ford Motor Company, *et al.*, | ) ) | |
| Defendants | ) | |

## NOTICE OF SETTLEMENT IN PRINCIPLE AND WITHDRAWAL OF MOTIONS

COMES NOW Plaintiff and Defendant Strick Trailers, LLC ("Strick"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina, and respectfully notify this Court that they have reached a settlement in principle and anticipate filing a joint motion to dismiss all claims against Strick within thirty days.

On the basis of their agreement in principle with Plaintiff, Strick respectfully withdraws its motions in limine [ECF Nos. 572, 574, 576, 578, 579, 581, 584, 585, 589, 592, 595, 599, filed jointly with Defendant Ford Motor Company ("Ford") and/or Defendant Pneumo Abex, LLC ("Abex")], which motions in limine remain extant as brought by Defendants Ford and/or Abex, and withdraws its joinders in the motions in limine of Defendant Abex [ECF Nos. 612, 613, 614].

Respectfully submitted, this 11th day of January 2023.

                                                         **HAWKINS PARNELL & YOUNG LLP**

| | |
|---|---|
| */s/ Kevin W. Paul* | By: */s/ Ollie M. Harton* |
| Kevin W. Paul (*Special Appearance*) | Ollie M. Harton (*Special Appearance*) |
| DEAN OMAR BRANHAM LLP | 303 Peachtree Street, NE, Suite 4000 |
| 302 N. Market Street, Ste. 300 | Atlanta, Georgia 30308 |
| Dallas, Texas 75202 | Telephone: (404) 614-7400 |
| Telephone: (214) 722-5990 | Facsimile: (404) 614-7500 |
| Facsimile: (214) 722-5991 | E-mail: oharton@hpylaw.com |
| E-Mail: kpaul@dobslegal.com | |
| | |
| */s/ William M. Graham* | */s/ Douglas A. Rubel* |
| William M. Graham (NC 17972) | Douglas A. Rubel (NC 29824) |
| WALLACE & GRAHAM, P.A. | Post Office Box 1285 |
| 525 North Main Street | Cary, North Carolina 27512-1285 |
| Salisbury, North Carolina 28144 | Telephone: (919) 523-3638 |
| Telephone: (704) 633-5244 | Facsimile: (404) 614-7500 |
| E-Mail: bgraham@wallacegraham.com | E-mail: drubel@hpylaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Strick Trailers, LLC* |

2

Case 1:20-cv-00098-LCB-LPA   Document 663   Filed 01/11/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that, on this day, I filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all parties via their counsel of record.

This 11th day of January 2023.

        **HAWKINS PARNELL & YOUNG LLP**

By: */s/ Douglas A. Rubel*
Douglas A. Rubel (NC 29824)
Post Office Box 1285
Cary, North Carolina 27512-1285
Telephone: (919) 523-3638
Facsimile: (404) 614-7500
E-mail: drubel@hpylaw.com

*Attorneys for Strick Trailer, LLC*