IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Laura M. Walls, individually, and as Executor of the Estate of Robie W. Walls,<br><br>      Plaintiff,<br><br>v.<br><br>Ford Motor Company, *et al.*,<br><br>      Defendants | Civil Action No.: 1:20-cv-00098 |

## NOTICE OF SETTLEMENT IN PRINCIPLE WITH NAVISTAR

COMES NOW Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina, and respectfully notify this Court that they have reached a settlement in principle and anticipate filing a joint motion to dismiss all claims against Navistar, Inc., f/k/a International Truck and Engine Corporation f/k/a International Harvester Company ("Navistar") within sixty days.

Respectfully submitted on January 11, 2023.

                                        **DEAN OMAR BRANHAM SHIRLEY, LLP**

                                        */s/ Kevin W. Paul*
                                        Kevin W. Paul (*Special Appearance*)
                                        DEAN OMAR BRANHAM LLP
                                        302 N. Market Street, Ste. 300
                                        Dallas, Texas 75202
                                        Telephone: (214) 722-5990
                                        Facsimile: (214) 722-5991
                                        E-Mail: kpaul@dobslegal.com

/s/ William M. Graham
William M. Graham (NC 17972)
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Telephone: (704) 633-5244
E-Mail: bgraham@wallacegraham.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all parties via their counsel of record.

By: /s/ Kevin W. Paul
Kevin W. Paul

2