# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAURA M. WALLS, individually and as Executor of the Estate of ROBIE W. WALLS, <br><br> Plaintiff, <br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:20-cv-00098-LCB-LPA |

## JUDGMENT

This civil action came before the Court for a jury trial beginning January 17, 2023. On February 1, 2023, the jury returned a verdict in favor of Plaintiff Laura Walls, and against Defendant Ford Motor Company, on their claim of failure to warn. The jury awarded $275,000 in compensatory damages for the wrongful death of Robie Walls.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the jury verdict, Plaintiff Laura Walls recover the sum of $275,000 plus interest and court costs, from Defendant Ford Motor Company.

The Court awards prejudgment interest at the annual rate of 8%, to be paid from the date this action was commenced on January 30, 2020, until the date of the entry of this judgment. The total prejudgment interest is $66,904.10.

Post judgment interest is payable on all of the above at the rate of 2.66% from the date this judgment is entered until the date this judgment is paid.

Further, Plaintiff has represented to Ford that she has $6,888,500.00 in settlements and that the Pennsylvania litigation she has brought against another defendant remains pending. In an effort to bring all set-off considerations to the Court at one time, the Parties agree that all issues related to set-offs will be addressed in post-judgment motions. The Parties further agree that no party has waived any issue related to the amount or form of the judgment or set-offs, and that a motion under Fed. R. Civ. P. 59 or a similar rule will be appropriate and timely to address those issues. This will allow the Court to address the set-off of the judgment, interest, and any costs at one time.

This, the 22nd day of March 2023.

/s/ Loretta C. Biggs
United States District Judge