# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAURA M. WALLS, Individually and as )
Executor of the Estate of ROBIE W. WALLS, )
                                             )
                Plaintiffs, )
                                             )
                v. )                 1:20CV98
                                             )
FORD MOTOR COMPANY, et al., )
                                             )
                Defendants. )

## ORDER

This civil action came before the Court for a jury trial beginning January 17, 2023. On February 1, 2023, the jury returned a verdict in favor of Defendant Pneumo Abex LLC as to all claims asserted by Plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the jury verdict, Judgment is entered in favor of Defendant Pneumo Abex LLC against Plaintiff Laura Walls.

This, the 30th day of March 2023.

/s/ Loretta C. Biggs
United States District Judge