IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAURA M. WALLS, Individually, and as Executor of the Estate of ROBIE W. WALLS, | ) ) ) ) | |
| Plaintiff, | ) ) | 1:20CV98 |
| v. | ) ) | |
| FORD MOTOR COMPANY, *et al.*, | ) ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT

For the reasons set out in the Memorandum and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Renewed Motion for a Directed Verdict, (ECF No. 721), is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant's Renewed Objection to Plaintiff's Bill of Costs and Motion to Review Taxation of Costs, (ECF No. 751), is **DENIED IN PART AND GRANTED IN PART**. It is denied as to any objection by Defendant to Plaintiff's status as a "prevailing party" or to Plaintiff's entitlement to costs, but it is granted to the extent that Defendant's obligation to pay Plaintiff's costs will be offset by the $6,888,500.00 Plaintiff has received in settlement recovery.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant's Motion to Amend the Judgment, (ECF No. 723), is **GRANTED**. Specifically, the Judgment, (ECF No. 715), is hereby amended to reflect the application of Plaintiff's settlement recovery of

$6,888,5000.00 to offset Defendant's obligation to pay to Plaintiff the jury's verdict awarding Plaintiff $275,000 in compensatory damages, the prejudgment interest amount of $66,904.10, the post-judgment interest at the rate of 2.66%, and Plaintiff's costs as taxed by the Clerk of Court of $17,482.06. As a result of the setoff, the total amount owed by Defendant to Plaintiff in the above-captioned action now equals $0.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Judgment entered by this Court on March 22, 2023, (ECF No. 715), is hereby replaced and superseded by this Amended Judgment.

This, the 30th day of November 2023.

/s/ Loretta C. Biggs
United States District Judge